Case 3:15-cv-00483-LC-CJK   Document 22   Filed 09/16/16   Page 1 of 2

*Page 1 of 2*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DERRELL J. CHAMBLEE,

    Petitioner,

v.                                          Case No.  3:15cv483/LC/CJK

JULIE L. JONES,

    Respondent.
_____/

ORDER

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated September 9, 2016 (doc. 19).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the objections filed.

After reviewing the timely filed objections, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 19) is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (doc. 13) is GRANTED.

3.  The petition for writ of habeas corpus (doc. 1), challenging petitioner's judgment and sentence in *State of Florida v. Derrell J. Chamblee*, Okaloosa County Circuit Court Case No. 08-CF-2074, is DISMISSED WITH PREJUDICE.

4.  The clerk is directed to close the file.

5.  A certificate of appealability is DENIED.

**DONE AND ORDERED** this 16th day of September, 2016.

        *s/L.A. Collier*
        **LACEY A. COLLIER**
        **SENIOR UNITED STATES DISTRICT JUDGE**